IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB,<br><br>        Plaintiff,<br><br>v.<br><br>JANE NISHIDA, in her official capacity as Acting Administrator, U.S. Environmental Protection Agency,<br><br>        Defendant. | No. 1:20-cv-1088 |

**JOINT STATUS REPORT**

Plaintiff Sierra Club and Defendant Jane Nishida in her official capacity as Acting Administrator of the United States Environmental Protection Agency ("EPA")[1] by and through the undersigned counsel, jointly submit this status report in response to the Court's September 9, 2020 Order staying this litigation, the Court's October 9, 2020 Order directing the parties to submit a status report by November 9, 2020, and every thirty days until the stay is lifted, and the Court's February 26, 2021 Order directing the parties to provide a status report by March 2, 2021. As explained below, the parties request that the Court continue to stay all deadlines and proceedings in this case while the parties discuss resolution of this case and potential settlement of Sierra Club's claim for costs of litigation. In support of this motion, the parties state as follows:

1. On April 27, 2020, Plaintiff Sierra Club filed a complaint for declaratory and injunctive relief alleging that EPA failed to fulfill a nondiscretionary duty under Clean Air Act ("CAA") section 110(k)(1)(B), 42 U.S.C. 7410(k)(1)(B). ECF No. 1 ("Complaint"). Sierra Club alleged that EPA failed to find that Texas did not timely make a complete state

---

[1] Andrew Wheeler has resigned as Administrator and Jane Nishida has assumed the position of Acting Administrator of EPA. Accordingly, Acting Administrator Nishida is automatically substituted as a party in this case under Federal Rule of Civil Procedure 25(d).

1

implementation plan ("SIP") submittal addressing the 2010 primary sulfur dioxide ("$SO_2$") National Ambient Air Quality Standard ("NAAQS") for the Anderson-Freestone Counties, Rusk-Panola Counties, and Titus County nonattainment areas.

2. On July 9, 2020, and August 7, 2020, EPA filed unopposed motions for extensions of time to answer Sierra Club's Complaint. ECF Nos. 9, 10. EPA sought these extensions to allow additional time for EPA to take final action resolving the issues in this case and for publication of that final action, respectively. The Court granted those motions on July 9, 2020, and August 10, 2020, respectively.

3. On August 10, 2020, EPA published notice in the Federal Register of its final action finding that Texas failed to make a complete SIP submittal for the 2010 primary $SO_2$ NAAQS for the Anderson-Freestone Counties, Rusk-Panola Counties, and Titus County nonattainment areas by the applicable deadline. 85 Fed. Reg. 48,111 (Aug. 10, 2020).

4. EPA's issuance of the Finding of Failure to Submit resolved all of the substantive issues in this case.

5. The parties have signed an agreement resolving Sierra Club's claims for costs and attorneys' fees ("Agreement"). Once fully satisfied, the Agreement will obviate the need for any further proceedings in this matter.

6. Within 30 days of Sierra Club's receipt of the payment specified in the Agreement, the parties intend to submit a stipulated notice of dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a). If the United States does not make payment within the time specified in the Agreement, Sierra Club reserves the right to petition the Court for its full costs of litigation, including attorney fees.

7. The parties therefore respectfully request that the Court continue to stay proceedings in this case to facilitate the parties' resolution of Sierra Club's claim for costs without the need for litigation.

8. Neither party nor the Court will be prejudiced by the requested stay. No schedule has been established in this case, no motions are pending, and no substantive issues remain to be resolved.

WHEREFORE, the parties respectfully request the Court continue to stay all deadlines and proceedings in this case.

DATED: this 1st day of March, 2021.

Respectfully Submitted,

*/s/ Joshua Smith*
JOSHUA D. SMITH (Ore. Bar No. 071757)
Admitted Pro Hac Vice
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5560
joshua.smith@sierraclub.org

MATTHEW MILLER (DC Bar No. 1015222)
SIERRA CLUB
1536 Wynkoop Street, Suite 200
Denver, CO 80202
(303) 454-3344
matthew.miller@sierraclub.org

*Counsel for Plaintiff Sierra Club*

*/s/  Andrew D. Knudsen*
ANDREW D. KNUDSEN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044

3

(202) 353-7466
Andrew.Knudsen@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on March 1, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

  /s/  Joshua Smith    
Joshua Smith
