IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL REGAN, in his official capacity as Acting Administrator, U.S. Environmental Protection Agency,<br><br>    Defendant. | No. 1:20-cv-1088 |

## STIPULATION OF VOLUNTARY DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1), and in accordance with the parties' agreement resolving Sierra Club's claims for costs and attorneys' fees, the parties stipulate to voluntary dismissal, with prejudice, of all claims in Sierra Club's Complaint (ECF No. 1).

DATED: this 17th day of March, 2021.

Respectfully Submitted,

*/s/ Joshua Smith*
JOSHUA D. SMITH (Ore. Bar No. 071757)
Admitted Pro Hac Vice
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5560
joshua.smith@sierraclub.org

MATTHEW MILLER (DC Bar No. 1015222)
SIERRA CLUB
1536 Wynkoop Street, Suite 200
Denver, CO 80202
(303) 454-3344
matthew.miller@sierraclub.org

*Counsel for Plaintiff Sierra Club*

/s/ *Andrew D. Knudsen*
ANDREW D. KNUDSEN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 353-7466
Andrew.Knudsen@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I certify that on March 17, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

_/s/ Joshua Smith_
Joshua Smith
